**Andre Brigham YOUNG, Plaintiff—Appellant,**

v.

**Roger W. BRUETT; Michael T. Nolan; Washington State Patrol Crime Laboratory, Defendants.**

No. 02–35844.

D.C. No. MC–02–00116–JLW.

United States Court of Appeals, Ninth Circuit.

Submitted June 2, 2003.*

Decided June 20, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before B. FLETCHER, BRUNETTI, and MCKEOWN, Circuit Judges.

## MEMORANDUM **

Appellant Andre Young seeks damages pursuant to 42 U.S.C. § 1983, alleging a violation of his constitutional rights. Specifically, Young argues that defendants committed perjury, fabricated evidence, destroyed evidence and induced a victim to testify falsely at Young's 1986 rape trial. Young's claim is barred by the Supreme Court's decision in *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Young cannot collaterally attack his conviction by filing a § 1983 claim without proving that the conviction or sentence has been "reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus." *Id.* at 486–87, 114 S.Ct. 2364.

Accordingly, the district court is AFFIRMED.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

